Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Bean
Nevada Bar No. 11053
sjb@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 382-3574
Facsimile: (702) 382-3834

Attorneys for Defendant
GREYSTONE NEVADA, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SMS FINANCIAL LLC, an Arizona limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREYSTONE NEVADA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No. 2:11-cv-00737-RLH-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SMS FINANCIAL, LLC, and Defendant GREYSTONE NEVADA, LLC ("Greystone"), by and through their respective attorneys of record, to dismiss with prejudice Plaintiffs' Complaint

/ / /

/ / /

against Greystone, and each and every cause of action or claim for injury and/or damage therein, with each party to bear their own fees and costs.

| Dated: Sept 1 2011 | Dated: 9/2/11 |
|---|---|
| JOLLEY URGA WIRTH WOODBURY & STANDISH | PAYNE & FEARS LLP |
| By: *[signature]* Michael Ernst | By: *[signature]* |
| Brian E. Holthus, Esq.<br>Michael R. Ernst, Esq.<br>3800 Howard Hughes Pkwy, Ste. 1600<br>Las Vegas, NV 89169<br>Telephone: (702) 699-7500 | Gregory H. King, Esq.<br>Sarah J. Bean, Esq.<br>7251 W. Lake Mead Blvd., Suite 525<br>Las Vegas, NV 89128<br>Telephone: (702) 382-3574 |
| Attorneys for Plaintiff<br>SMS FINANCIAL, LLC | Attorneys for Defendant<br>GREYSTONE NEVADA, LLC |

## ORDER

Based upon the foregoing Stipulation of the parties hereto,

IT IS HEREBY ORDERED that Plaintiff's Complaint against Defendant Greystone Nevada, LLC ("Greystone"), and each and every cause of action or claim for injury and/or damage therein against Greystone, be dismissed with prejudice, with each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 6, 2011

Submitted by:
PAYNE & FEARS LLP

By: _____
GREGORY H. KING, NV Bar No. 7777
SARAH J. BEAN, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Telephone: (702) 382-3574

Attorneys for Defendant GREYSTONE NEVADA, LLC
4838-0769-5114.1

-2-